# IN THE COURT OF APPEALS FOR THE STATE OF WASHINGTON

STATE OF WASHINGTON

              Respondent,

v.

WILLIAM BOL AKOL,

              Appellant.

No. 69327-1-I

DIVISION ONE

UNPUBLISHED OPINION

FILED: SEP - 2 2014

PER CURIAM. William Akol appeals the judgment and sentence entered following a stipulated facts trial on a charge of attempted rape in the second degree. Akol's counsel on appeal challenges a community custody condition requiring a chemical dependency evaluation. The State contends, and we concur, that this issue is moot since the condition has been stricken via an amended judgment and sentence. Akol's pro se statement of additional grounds for review raises no reviewable issues under RAP 10.10(c) ("the appellate court will not consider a defendant/appellant's statement of additional grounds for review if it does not inform the court of the nature and occurrence of alleged errors.").

Affirmed.

For the Court:

_Becker, J._

_Appelwick, J._

_Trickey, J._